IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01020-MSK

JOSE MORENO;
KWAME ADJEI-BRONI;
FRANCIS AGYEMANG-BOAKYE;
AGNES AMPONSAH;
STEVE ATENCIO;
OWUSU BOAHER;
JAIME MARRUFFO;
RICHARD NSIAH;
JOSE SUAREZ; and
ERIC WILSON,

        Plaintiffs,

v.

SODEXO, INC.;
SODEXO AMERICA, LLC;
HEALTHONE OF DENVER, INC.; and
HCA-HEALTHONE LLC, doing business as SKY RIDGE MEDICAL CENTER,

        Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, a lifetime, close personal friend is a corporate officer of HealthOne of Denver, Inc. and was previously employed in a management capacity at Skyridge Medical Center. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately

adjust the "draw" of future cases.

DATED this 5th day of May, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge