IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01020-WYD-MEH

JOSE MORENO;
KWAME ADJEI-BRONI;
FRANCIS AGYEMANG-BOAKYE;
AGNES AMPONSAH;
STEVE ATENCIO;
OWUSU BOAHER;
JAIME MARRUFFO;
RICHARD NSIAH;
JOSE SUAREZ; and
ERIC WILSON,

     Plaintiffs,

v.

SODEXO, INC.;
SODEXO AMERICA, LLC;
HEALTHONE OF DENVER, INC.; and
HCA-HEALTHONE LLC, d/b/a SKY RIDGE MEDICAL CENTER,

     Defendants.

## ORDER OF RECUSAL

     This matter is before me on a review of the file.  Due to the fact that I am a member of a professional fraternity with David Powell, I believe it would be inappropriate for me to preside over this case since we work together on fraternity business.  Accordingly, I find that I should recuse myself from the case.  It is therefore

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: June 2, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge