IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01020-CMA-MEH

JOSE MORENO,
KWAME ADJEI-BRONI,
FRANCIS AGYEMANG-BOAKYE,
AGNES AMPONSAH,
STEVE ATENCIO,
OWUSU BOAHER,
JAIME MARRUFFO,
RICHARD NSIAH,
JOSE SUAREZ, and
ERIC WILSON,

     Plaintiffs,

v.

SODEXO, INC.,
SODEXO AMERICA, LLC,
HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE LLC, d/b/a Sky Ridge Medical Center,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2009.**

     At this early stage in the litigation and in the interests of justice, Plaintiffs' First Motion to Amend Complaint and Jury Demand [filed July 3, 2009; docket #23] to add claims under Title VII of the Civil Rights Act of 1964, as amended, is **granted**. The Clerk of the Court is directed to file the First Amended Complaint and Jury Demand found at docket #23-2. Defendants shall file an answer or other response to the First Amended Complaint in accordance with Fed. R. Civ. P. 15(a).