IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01020-CMA-MEH

JOSE MORENO,
KWAME ADJEI-BRONI,
FRANCIS AGYEMANG-BOAKYE,
AGNES AMPONSAH,
STEVE ATENCIO,
OWUSU BOAHER,
JAIME MARRUFFO,
RICHARD NSIAH,
JOSE SUAREZ, and
ERIC WILSON,

      Plaintiffs,

v.

SODEXO, INC.,
SODEXO AMERICA, LLC,
HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE LLC, d/b/a SKY RIDGE MEDICAL CENTER,

      Defendants.

---

## ORDER SETTING FORTHWITH STATUS CONFERENCE

---

Upon review of Plaintiffs' Motion To Withdraw As Counsel of Record[,] To Stay

Discovery for 90 Days and for Forthwith Status Conference (Doc. # 44), and the case

file, the Court hereby

ORDERS that a Status Conference is set for **September 14, 2009 at 1:30 p.m.**,

in Courtroom A-602 of the Arraj Courthouse at 901 19th Street, Denver, Colorado, at

which time Plaintiffs' motions to withdraw and to stay discovery will be addressed.  The

Court has set aside one hour for this status conference.

DATED:  September   10  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge