IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-01020-CMA-MEH

JOSE MORENO,
KWAME ADJEI-BRONI,
FRANCIS AGYEMANG-BOAKYE,
AGNES AMPONSAH,
STEVE ATENCIO,
OWUSU BOAHER,
JAIME MARRUFFO,
RICHARD NSIAH,
JOSE SUAREZ, and
ERIC WILSON,

    Plaintiffs,

v.

SODEXO, INC.,
SODEXO AMERICA, LLC,
HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE LLC, d/b/a SKY RIDGE MEDICAL CENTER,

    Defendants.

## ORDER RESETTING STATUS CONFERENCE

Pursuant to a telephone conference between counsel for Defendant Healthone of Denver, Inc. (on behalf of all plaintiffs and defendants) and Chambers staff, the Court hereby

ORDERS that the status conference originally set for September 14, 2009 is RESET for **September 30, 2009 at 9:30 a.m.**, in Courtroom A-602 of the Arraj Courthouse at 901 19th Street, Denver, Colorado, at which time Plaintiffs' motions to

withdraw and to stay discovery will be addressed. The Court has set aside one hour for this status conference.

DATED: September  16 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge