**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes　　　　　　　　　Date: September 30, 2009
Court Reporter: Darlene Martinez

---

Civil Action No. 09-cv-01020-CMA-MEH

| *Parties:* | *Counsel:* |
|---|---|
| JOSE MORENO, | Joshua Maximon |
| KWAME ADJEI-BRONI, | Kimberlie Ryan |
| FRANCIS AGYEMANG-BOAKYE, | |
| AGNES AMPONSAH, | |
| STEVE ATENCIO, | |
| OWUSU BOAHER, | |
| JAIME MARRUFFO, | |
| RICHARD NSIAH, | |
| JOSE SUAREZ, | |
| ERIC WILSON, | |

　　　Plaintiffs,

v.

| | |
|---|---|
| SODEXO, INC., | Charles Weese, III |
| SODEXO AMERICA, LLC, | |
| HEALTHONE OF DENVER, INC., | David Powell, Jr. |
| HCA-HEALTHONE LLC D/B/A SKY RIDGE | Ericka Englert |
| MEDICAL CENTER, | |

　　　Defendants.

---

### COURTROOM MINUTES
---

HEARING: Status Conference

**9:37 a.m.　　Court in session**.

Also present: Plaintiffs Jose Moreno, Owusu Boaher, Jaime Marruffo, and Jose Suarez.

Discussion had as to the status of the case.

**ORDER:** Plaintiffs' Counsels' Motion to Withdraw as Counsel of Record to Stay Discovery for 90 Days and for Forthwith Status Conference **(44)** is granted as follows:
    1) Plaintiffs' counsel are allowed to withdraw from the case.
    2) Discovery is stayed for 90 days.

**ORDER:** Magistrate Judge Hegarty shall set a status conference at the end of the 90-day period for the purpose of determining the status of replacement counsel and re-establishing the dates for the Scheduling Order.

**9:47 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:10