**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01020-CMA-MEH

JOSE MORENO,
KWAME ADJEI-BRONI,
FRANCIS AGYEMANG-BOAKYE,
AGNES AMPONSAH,
STEVE ATENCIO,
OWUSU BOAHER,
JAIME MARRUFFO,
RICHARD NSIAH,
JOSE SUAREZ, and
ERIC WILSON,

    Plaintiffs,

v.

SODEXO, INC.,
SODEXO AMERICA, LLC,
HEALTHONE OF DENVER, INC., and
HCA-HEALTHONE LLC, d/b/a SKY RIDGE MEDICAL CENTER,

    Defendants.
_____

**ORDER ADOPTING AND AFFIRMING FEBRUARY 3, 2010 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on February 3, 2010 (Doc. # 67). The Magistrate Judge recommends that the case be dismissed without prejudice for Plaintiffs' failure to prosecute. Plaintiff has not filed any specific written objections to the Magistrate Judge's recommendation. The Court finds that the Magistrate Judge's recommendation is correct and should be accepted. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge is accepted. It is

FURTHER ORDERED that this complaint and civil action are DISMISSED WITH PREJUDICE.

DATED: March __18__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge